UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  2:23-cv-62-SPC-KCD

LAFAYETTE HOWARD

    Plaintiff,

vs.

CHILDREN's NETWORK
OF SOUTHWEST FLORIDA, LLC
and NADEREH SALIM

    Defendant
_____/

## SECOND NOTICE OF FILING COURT ORDERED INTERROGATORIES TO PLAINTIFF

Plaintiff hereby files his answers to Court Ordered Interrogatories in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-mailed this 13 day of April 2023: Todd S. Aidman, Esq., FordHarrison LLP, 401 E Jackson Street, Suite 2500, Tampa, FL 33602.

    Behren Law Firm
    1930 N. Commerce Parkway
    Suite 4
    Weston, Florida 33326
    Telephone (954) 636-3802
    Facsimile (772) 252-3365
    scott@behrenlaw.com
    www.behrenlaw.com

    By:_/Scott M. Behren/_____
        Scott M. Behren
        Florida Bar No. 987786