# FLSA COURT INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant?

**February 2017 to August 2021.**

2. Who was your immediate supervisor?

**David Hernandez and last three months of employment was Michelle.**

3. Did you have a regularly scheduled work period? If so specify.

**My regular work schedule was 8:00 am to 4:30 pm but most of the time would be required to work until 7:00 pm.**

4. What was your title or position? Briefly describe job duties.

**My Title was Family Support Worker. Job Duties was to make sure kids under my investigation were properly going to school, eating, had clothing to wear, parents were doing the right thing. Looked after the child's welfare.**

5. What was your regular rate of pay?

**$15 per hour OT Rate of $22 per hour**

6. What is the nature of your claim (check all that apply)?

**Off the Clock Work**

7. Provide an accounting of your claim, including:

(a) Dates

(b) regular hours worked

( c) over-time hours worked

(d) Pay received versus pay claimed

(e) total amount claimed

**I estimate I worked 2.5 hours of OT per week for which I was not paid for 2020 and 2021. I am owed 84 weeks of overtime x $55 per week for a total of $4620.00. I believe I would be entitled to have these amounts liquidated also for a total of $9,240.00.**

8.       If you have brought this case as a collective action:

**Not applicable.**

9.    Specify all attorneys fees and costs to date.  With respect to attorneys fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

**My prior counsel Maurice Arcadier is seeking $2500 in fees and costs to date.  I don't know what hours or hourly rate they are seeking, but they have claimed a charging lien in the amount of $2500.**

**Behren Law Firm currently has 18.5 hours incurred in this matter at $400 per hour totalling $7200.  All time has been billed by Scott M. Behren, Esq.**

10.    When did you (or your attorney) first complain to employer about alleged violations of the FLSA?

**I Complained to my employer supervisor Michelle on several occasions about not being paid for all my time.**

11.    Was this complaint written or oral? (If written complaint attach a copy).

My complaints were oral.

12.     What was your employers response? (If a written response, attach a copy).

**Michelle's response to me was "if you don't like what you are getting paid then leave"**

**Additional information**

**I am also owed about $2,000 in ureimbursed expenses for gas mileage**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April__, 2023

Lafayette Howard

*[signature]* 4/12/23